| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: **Western District of Virginia** | |
| Case number (*If known*): _____ | Chapter you are filing under:<br>☐ Chapter 7<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

☐ Check if this is an amended filing

# Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Amanda**<br>First name<br>**Kimberly**<br>Middle name<br>**Ross**<br>Last name<br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Amanda**<br>First name<br>**Kimberly**<br>Middle name<br>**O'Malley**<br>Last name<br><br>**Amanda**<br>First name<br>**Kimberly**<br>Middle name<br>**O'Malley-Wolfe**<br>Last name<br><br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4 9 2 2**<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>9xx - xx - ___ ___ ___ ___ |

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 1

Debtor 1  **Amanda**     **Kimberly**     **Ross**                           Case number *(if known)* _____
          First Name      Middle Name     Last Name

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5. Where you live** | **942 Hottel Road**<br>Number   Street<br><br>_____<br><br>**Woodstock, VA 22664**<br>City                State  ZIP Code<br><br>**Shenandoah**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City                State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408)<br><br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408)<br><br>_____<br>_____<br>_____<br>_____ |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 2

Debtor 1    **Amanda**     **Kimberly**      **Ross**                              Case number *(if known)* _____
            First Name     Middle Name       Last Name

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
|---|---|---|---|
| District | _____ When _____ MM / DD / YYYY | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ MM / DD / YYYY | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Amanda**      **Kimberly**        **Ross**                     Case number *(if known)* _____
            First Name      Middle Name         Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____        _____        _____
City                           State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    **Amanda**    **Kimberly**    **Ross**    Case number *(if known)* _____

First Name    Middle Name    Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number    Street

_____
City    State    ZIP Code

Debtor 1  **Amanda**   **Kimberly**   **Ross**　　　　　　　　　　　Case number *(if known)* _____
　　　　　First Name　　Middle Name　　Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❏ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❏ **I am not required to receive a briefing about credit counseling because of:**

　❏ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　❏ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　❏ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❏ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❏ **I am not required to receive a briefing about credit counseling because of:**

　❏ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　❏ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　❏ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Amanda           Kimberly           Ross**
       First Name     Middle Name     Last Name

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☑ No. Go to line 16b.
        ☐ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No. Go to line 16c.
        ☑ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.
        _____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
    ☐ No
    ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Amanda Kimberly Ross**
Amanda Kimberly Ross, Debtor 1

Executed on **04/22/2025**
        MM/ DD/ YYYY

| Debtor 1 | **Amanda** | **Kimberly** | **Ross** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **For your attorney, if you are represented by one** <br><br> **If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

X  **/s/ David Cox**                                      Date **04/22/2025**
Signature of Attorney for Debtor                               MM / DD / YYYY

**David Cox**
Printed name

**Cox Law Group**
Firm name

**900 Lakeside Drive**
Number       Street


**Lynchburg**                                      **VA**   **24501**
City                                              State   ZIP Code


Contact phone **(800) 254-2760**       Email address **david@coxlawgroup.com**


**38670**                                          **VA**
Bar number                                          State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Amanda** | **Kimberly** | **Ross** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Virginia**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | | Unsecured claim |
|---|---|---|---|---|
| 1 | **De Lage Landen Financial Services**<br>Creditor's Name<br>**Attn: Bankruptcy**<br>**PO Box 41602**<br>Number   Street<br>**Philadelphia, PA 19101**<br>City   State   ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim?<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>   Value of security: _____<br>   Unsecured: _____ | **Business Debt** | | **$253,660.00** |
| 2 | **Financial Partners Group Inc.**<br>Creditor's Name<br>**Attn: Bankruptcy**<br>**65 Mechanic St Ste 207**<br>Number   Street<br>**Red Bank, NJ 07701**<br>City   State   ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim?<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>   Value of security: _____<br>   Unsecured: _____ | **Business Debt** | | **$188,499.00** |

Official Form 104   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 1

Debtor 1  **Amanda  Kimberly  Ross**  Case number *(if known)* _____
First Name   Middle Name   Last Name

| | | | **Unsecured claim** |
|---|---|---|---|
| 3 | **MMP Capital** Creditor's Name<br>**Attn: Bankruptcy**<br>**19 Engineers Lane** Number  Street<br>**Farmingdale, NY 11735** City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** **Business Debt**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>  Value of security: _____<br>  Unsecured: _____ | $139,152.00 |
| 4 | **Mohela** Creditor's Name<br>**Attn: Bankruptcy**<br>**633 Spirit Dr** Number  Street<br>**Chesterfield, MO 63005-1243** City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** **Student loans**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>  Value of security: _____<br>  Unsecured: _____ | $125,868.00 |
| 5 | **MMP Capital** Creditor's Name<br>**Attn: Bankruptcy**<br>**19 Engineers Lane** Number  Street<br>**Farmingdale, NY 11735** City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** **Business Debt**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>  Value of security: _____<br>  Unsecured: _____ | $98,000.00 |
| 6 | **Banleaco** Creditor's Name<br>**Attn: Bankruptcy**<br>**11017 Aurora Avenue** Number  Street<br>**Urbandale, IA 50322** City  State  ZIP Code<br>Contact<br>Contact phone | **What is the nature of the claim?** **Business Debt**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>  Value of security: _____<br>  Unsecured: _____ | $82,628.00 |

Official Form 104  **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

Debtor 1  **Amanda** **Kimberly** **Ross**  Case number *(if known)* _____
First Name   Middle Name   Last Name

**Unsecured claim**

---

**7** | **American Express** | **What is the nature of the claim?** | **Business Debt** | **$54,976.10**
Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**
Number   Street

**El Paso, TX 79998**
City   State   ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured: _____

---

**8** | **MOHELA** | **What is the nature of the claim?** | **Business Debt** | **$53,000.00**
Creditor's Name

**Attn: Bankruptcy**

**633 Spirit Drive**
Number   Street

**Chesterfield, MO 63005**
City   State   ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured: _____

---

**9** | **Forward Financing LLC** | **What is the nature of the claim?** | **Business Debt** | **$51,000.00**
Creditor's Name

**Attn: Bankruptcy**

**53 State Street, 20th Floor**
Number   Street

**Boston, MA 02109**
City   State   ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured: _____

---

**10** | **ByzFunder NY LLC** | **What is the nature of the claim?** | **Business Debt** | **$48,600.00**
Creditor's Name

**Attn: Bankruptcy**

**530 7th Ave Floor M1**
Number   Street

**New York, NY 10018**
City   State   ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
   Value of security: _____
   Unsecured: _____

---

Debtor 1  **Amanda    Kimberly    Ross**                            Case number *(if known)* _____
  First Name     Middle Name    Last Name

|    | Creditor | Nature of claim | Status | Lien? | Unsecured claim |
|----|----------|-----------------|--------|-------|-----------------|
| 11 | **Jenius Bank**<br>Attn: Bankruptcy<br>PO Box 71217<br>Philadelphia, PA 19176 | Business Debt | ☑ None of the above apply | ☑ No | $42,575.00 |
| 12 | **Mulligan Funding**<br>Attn: Bankruptcy<br>1065 S Main St Ste B<br>Woodstock, VA 22664 | Business Debt | ☑ None of the above apply | ☑ No | $42,352.05 |
| 13 | **First Tech FCU**<br>Attn: Bankruptcy<br>9960 Stevens Creek Blvd<br>Cupertino, CA 95014 | Business Debt | ☑ None of the above apply | ☑ No | $40,808.00 |
| 14 | **Expansion Capital Group**<br>Attn: Bankruptcy<br>5801 S. Corporate Place<br>Sioux Falls, SD 57108 | Business Debt | ☑ None of the above apply | ☑ No | $36,000.00 |

Official Form 104      **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 4

Debtor 1  **Amanda  Kimberly  Ross**  Case number *(if known)* _____
          First Name   Middle Name   Last Name

|   |   |   | **Unsecured claim** |
|---|---|---|---|
| **15** | **Citibank North America** <br> Creditor's Name <br> **Attn: Centralized BankruptcyDept** <br> Number  Street <br> **PO Box 790034** <br> **St Louis, MO 63179** <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?**  **Business Debt** <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>    Value of security: _____ <br>    Unsecured: _____ | **$22,899.00** |
| **16** | **Lending Club** <br> Creditor's Name <br> **Attn: Bankruptcy** <br> **3440 Walnut Avenue, Bldg A 2nd Floor** <br> Number  Street <br> **Fremont, CA 94538** <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?**  **Business Debt** <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>    Value of security: _____ <br>    Unsecured: _____ | **$18,003.00** |
| **17** | **First National Bank of Omaha** <br> Creditor's Name <br> **Attn: Bankruptcy** <br> **PO Box 2340** <br> Number  Street <br> **Omaha, NE 68103** <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?**  **Business Debt** <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>    Value of security: _____ <br>    Unsecured: _____ | **$15,651.00** |
| **18** | **JP Morgan Chase Bank** <br> Creditor's Name <br> **MailCode LA4-7100** <br> **700 Kansas Lane** <br> Number  Street <br> **Monroe, LA 71203** <br> City   State   ZIP Code <br> Contact <br> Contact phone | **What is the nature of the claim?**  **Credit Card** <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured): _____ <br>    Value of security: _____ <br>    Unsecured: _____ | **$15,367.00** |

Debtor 1  **Amanda     Kimberly     Ross**                     Case number *(if known)* _____
          First Name    Middle Name   Last Name

|    |    |    |    | Unsecured claim |
|----|----|----|----|----------------|

**19  American Express**
Creditor's Name
**Correspondence/Bankruptcy**
**PO Box 981540**
Number    Street
**El Paso, TX 79998**
City      State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **CreditCard**     **$12,803.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured: _____

**20  PeacSolutions**
Creditor's Name
**Attn: Bankruptcy**
**300 Fellowship Road**
Number    Street
**Mount Laurel, NJ 08054**
City      State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **Business Debt**    **$10,524.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured: _____

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Amanda Kimberly Ross**                    X  _____
    Signature of Debtor 1                              Signature of Debtor 2

    Date  **04/22/2025**                                Date  _____
          MM / DD / YYYY                                      MM / DD / YYYY

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

IN RE: **Ross, Amanda Kimberly**                                              CASE NO

                                                                              CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **04/22/2025**        Signature           **/s/ Amanda Kimberly Ross**
                                                 Amanda Kimberly Ross, Debtor

American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Banleaco
Attn: Bankruptcy
11017 Aurora Avenue
Urbandale, IA 50322

Boomerang FX USA
Attn: Bankruptcy
1 SE 3rd Ave
Miami, FL 33131

ByzFunder NY LLC
Attn: Bankruptcy
530 7th Ave Floor M1
New York, NY 10018

Citibank North America
Attn: Centralized BankruptcyDept
PO Box 790034
St Louis, MO 63179

De Lage Landen Financial Services
Attn: Bankruptcy
PO Box 41602
Philadelphia, PA 19101

Deep Scribe
Attn: Bankruptcy
82 2nd Street
San Francisco, CA 94105

Earnest
PO Box 9115
Wilkes Barre, PA 18773

eClinical Works
Attn: Bankruptcy
2 Technology Dr
Westborough, MA 01581

Expansion Capital Group
Attn: Bankruptcy
5801 S. Corporate Place
Sioux Falls, SD 57108

Financial Partners Group Inc.
Attn: Bankruptcy
65 Mechanic St Ste 207
Red Bank, NJ 07701

First National Bank of Omaha
Attn: Bankruptcy
PO Box 2340
Omaha, NE 68103

First Tech FCU
Attn: Bankruptcy
9960 Stevens Creek Blvd
Cupertino, CA 95014

Forward Financing LLC
Attn: Bankruptcy
53 State Street, 20th Floor
Boston, MA 02109

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176

Great American Financial Services
PO Box Box 660831
Dallas, TX 75266

Health Resources & Services Admin.
5600 Fishers Ln
Rockville, MD 20857

Henry Schein Financial Services
Attn: Bankruptcy
PO Box 3412
Omaha, NE 68103

IBY Credentialing & Billing
14384 Gopp Ave NE
Hartville, OH 44632

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Jenius Bank
Attn: Bankruptcy
PO Box 71217
Philadelphia, PA 19176

JP Morgan Chase Bank
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Lending Club
Attn: Bankruptcy
3440 Walnut Avenue, Bldg A 2nd Floor
Fremont, CA 94538

Medline Industries, LP
Attn: Bankruptcy
Three Lakes Drive
Northfield, IL 60093

MMP Capital
Attn: Bankruptcy
19 Engineers Lane
Farmingdale, NY 11735

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

Mulligan Funding
Attn: Bankruptcy
1065 S Main St Ste B
Woodstock, VA 22664

MyAdvice
1850 W Ashton Blvd Ste 500
Lehi, UT 84043-6438

Navitas Credit Corp
Attn: Bankruptcy
201 Executive Center Dr Ste 100
Columbia, SC 29210

Nextiva
9451 E Via De Ventura
Scottsdale, AZ 85256-0001

North Mill Equipment Finance
Attn: Bankruptcy
601 Merritt 7
Norwalk, CT 06851

Patient Now
Attn: Bankruptcy
6833 South Dayton Street Ste. 1016
Greenwood Village, CO 80112

PeacSolutions
Attn: Bankruptcy
300 Fellowship Road
Mount Laurel, NJ 08054

Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Cody Nicholas Ross
942 Hottel Road
Woodstock, VA 22664

Seven Bends Health &
Aesthetics, PLLC
942 Hottel Road
Woodstock, VA 22664

Shenandoah County Treasurer
600 N Main St Ste 105
Woodstock, VA 22664

Shenandoah Enterprises, Inc.
123 Lakeview Dr
Woodstock, VA 22664

Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

Sofi Lending Corp
Attn: Bankruptcy
Po Box 2595
Omaha, NE 68103-2595

U.S. Dept. of Health and
Human Services
200 Independence Ave Sw
Washington, DC 20201-0004

VA Department of Taxation
Attn: Bankruptcy
PO Box 2156
Richmond, VA 23218